452

■

James L. CANNON and Gertrude F. Cannon, minors, by their mother and next friend, Anna Cannon Whitehead, and Anna Cannon Whitehead in her own right, and Anna Cannon Whitehead as Administratrix of the Estate of William J. Whitehead, Deceased, Appellants, v. UNITED STATES of America, Appellee.

No. 7861.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 19, 1942.

Decided April 6, 1942.

James A. Walker, of Philadelphia, Pa., for appellants.

Thomas E. Walsh, of Washington, D. C. (Gerald A. Gleeson, U. S. Atty., and James P. McCormick, Asst. U. S. Atty., both of Philadelphia, Pa., Samuel M. Gold, of New York City, Atty., Department of Justice, and Julius C. Martin, Director, Bureau of War Risk Litigation, Wilbur C. Pickett, and William H. Allen, all of Washington, D. C., Attys., Department of Justice, on the brief), for appellee.

Before MARIS, CLARK and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the district court, 45 F.Supp. 106, is affirmed upon the opinion of Judge Kirkpatrick.

Charles H. MERRYFIELD et al. v. F. M. HOYT SHOE CORPORATION et al.

No. 3746.

Circuit Court of Appeals, First Circuit.

June 3, 1942.

Omer H. Amyot, of Manchester, N. H., for appellants.

John E. Tobin, of Manchester, N. H., for F. M. Hoyt Shoe Corporation, appellee.

George W. Crockett, Jr., and Warner W. Gardner, Sol., Mortimer B. Wolf, Asst. Sol., and Vernon Stoneman, Regional Atty., U. S. Department of Labor, all of Washington, D. C. (Jacob D. Hyman and Joseph L. Breen, both of Washington, D. C., of counsel), for Wage and Hour Division, as amicus curiae.

Before MAHONEY and WOODBURY, Circuit Judges, and SWEENEY, District Judge, sitting.

PER CURIAM.

Upon the authority of Kirschbaum v. Walling (Arsenal Building Corporation v. Walling), 62 S.Ct. 1116, 86 L.Ed. ——, decided by the United States Supreme Court June 1, 1942, the judgment of the District Court is reversed.